# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **TANYA L. MATTESON,** ) | **Chapter 13** |
| ) | **Case No. 17-30550** |
| **Debtor.** ) | |
| ) | |

## MOTION FOR ORDER GRANTING APPLICATION FOR *PRO HAC VICE*
### Local Rule 2090-2

Now Comes, Matthew T. McKee, pursuant to Local Rule 2090-2 and moves the Court for an order admitting David L. Prince, Esq. California Bar No. 113599 *pro hac vice* in this action for the purposes of appearing on behalf of Haven Legal Services.

David L. Prince is a member in good standing of the Supreme Court of the United States of America, 9th District Court of Appeals, the United States District Court, Central District of California, and the Supreme Court of the State of California and is a member of State Bar of California but not a member of the State Bar of North Carolina.

David L. Prince regularly practices law in the State of California, at his offices located at 1912 East Vernon Avenue, Suite 100, Los Angeles, California 90058.

David L. Prince is currently authorized to practice law in the State of California being admitted on June 13, 1984, and is in good standing and has never once been subject to any form of suspension or disbarment proceedings, never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization.

David L. Prince does not seek to have admission for any other case within this district in that this is a one time only request made for these proceedings.

David L. Prince hereby agrees to be subject to the orders of this Court, including its local rules and is amenable to the disciplinary action and civil jurisdiction of this district in all respects, as if he was regularly admitted to practice and licensed as a member of the Bar of this Court in good standing.

Upon filing this application, the fee required has been tendered to the Clerk of the Court.

David L. Prince hereby consents to electronic notification of all proceedings.

Pursuant to Local Rule 2090-2, the undersigned movant shall appear as co-counsel and will appear at all court hearing unless otherwise excused by the Court.

David L. Prince has received a temporary ECF account and sign in authorization.

Respectfully submitted,


/s/ **David L Prince**
DAVID L. PRINCE, Cal. Bar #113599
1912 East Vernon Avenue Suite 100 Los Angeles, CA 90058
Tel. 323/324-2989 Fax. 323/234-2619
DLP@redchamber.com email

/s/ **M.T. McKee**
Matthew T. McKee, NC Bar #28675
P.O. Box 1000
Shelby, NC 28151-1000
(704) 487-0616
mattmckee@maxgardner.com


### Certificate of Service

I hereby certify that a true and correct copy of this Motion was served on the parties listed below by first class mail or by electronic service CM/ECF on September 24, 2017.

/s/ **M.T. McKee**


Warren L. Tadlock, Chapter 13 Trustee
Bankruptcy Administrator, Alexandria P. Kenny, Attorney for the Bankruptcy Administrator
Tanya L. Matteson